# United States District Court

__Southern__ District of __Texas__

United States District Court
Southern District of Texas
FILED

NOV 1 4 2012

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V

**Jose Alberto GONZALEZ-Rodriguez**
A.K.A. Jose GONZALEZ-Lopez
Mexico
A94 791 737    (EWA)

**CRIMINAL COMPLAINT**

CASE NUMBER B-12 __1080__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __November 10, 2012__, the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in __Cameron__ County, **Texas**, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, **Section(s)** 1326(a) and 1326(b)

I further state that I am a Deportation Officer and that this complaint is based on the following facts:   The defendant was encountered by Immigration Agents conducting routine jail checks at the Brownsville, Texas City Jail on November 10, 2012. The defendant was subsequently arrested on November 12, 2012. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 8, 2010. The defendant was convicted of 8 USC 1326 Illegal Re-Entry on August 17, 2009. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Omar Esquivel   Deportation Officer
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

November 14, 2012                              at       Brownsville, Texas
*Date*                                                          *City and State*

Felix Recio       U.S. Magistrate Judge
*Name and Title of Judicial Officer*                *Signature of Judicial Officer*